**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| ANTHONY HEATH BAKER,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL JORDAN, *et al.*,<br><br>          Defendants. | Case No. 3:18-cv-00471<br><br>*Electronically filed* |

### NOTICE REGARDING DEFENDANTS' RULE 26 EXPERT DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(D), Defendants Michael Jordan and John Brinker ("Defendants"), by counsel, respectfully submit the following information regarding anticipated opinion testimony of expert witnesses, which may be offered at trial:

1. **A.E. Daniel, MD**
   **Daniel Forensic Psychiatric Services**
   **33 E. Broadway, Suite 115**
   **Columbia, MO 65203**

Dr. Daniel is expected to testify consistently with his report that was generated in this matter, which is incorporated herein by reference and was served to all parties in this matter as Exhibit A to this Notice. Dr. Daniel has reviewed the materials listed on page 2 of his report. Dr. Daniel's CV, which includes all publications authored in the past ten years, is incorporated herein by reference and was served to all parties in this matter as Exhibit B. Dr. Daniel's Fee Schedule was served to all parties as Exhibit C. Dr. Daniel has provided expert witness testimony in deposition or trial in the past four years, a listing of which was served to all parties in this matter as Exhibit D.

1

In addition to the foregoing expert, Defendants reserve the right to elicit opinion testimony from any expert disclosed by any other party in this mater, from the parties herein, and from other fact witnesses who are otherwise qualified to provide such testimony. Defendants further reserve the right to use at trial the aforesaid expert opinions and testimony, expressed in person or in deposition taken prior to trial, or contained in affidavits on file in this case, regardless of whether or not such expert has withdrawn or whether or not the party who named such expert remains a party to this case. Defendants reserve the right to elicit expert testimony from non-retained individuals identified in the medical records of Plaintiff and related documents previously produced in this case for whom the production of an expert report is not required under Federal Rule of Civil Procedure 26(a)(2)(C). Such individuals may offer expert testimony as to the care they provided, as documented in the medical records and any statements previously produced in this litigation. To the extent Defendants may call such experts at trial, they are expected to testify consistently with the medical records and any deposition testimony in this matter, if applicable.

Defendants reserve the right to amend this disclosure, to supplement the same, and to designate additional or rebuttal experts in accordance with the Federal Rules of Civil Procedure, the Orders of this Court, the agreement of the parties, and as required by fundamental fairness and the interest of justice. Any and all experts disclosed herein may express additional opinions at trial and/or may supplement, expand, or explain the opinions expressed herein at deposition or trial.

Respectfully submitted,

/s Charles M. Rutledge
Diane M. Laughlin
Charles M. Rutledge
BLACKBURN DOMENE & BURCHETT PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
(502) 584-1600
dlaughlin@bdblawky.com
crutledge@bdblawky.com
*Counsel for Defendant Jordan, in his individual capacity, and Defendant Brinker, in his official capacity*

**CERTIFICATE OF SERVICE**

I certify that on November 8, 2022, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice to all counsel of record. I further certify that the exhibits referenced above were served separately by electronic mail to all counsel of record on the same date.

/s/ Charles M. Rutledge
Charles M. Rutledge